UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
                                        §
RIVERA, JIMMY                           §   Case No. 12-10772
RIVERA, GLORIA I                        §
                                        §
                                        §
           Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      Kenneth Gardner
                      U.S. Bankruptcy Court Clerk
                      219 South Dearborn Street- 7th Floor
                      Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/20/2013 in Courtroom 742,
                      United States Courthouse
                      219 South Dearborn Street
                      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                                                    Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RIVERA, JIMMY § Case No. 12-10772
RIVERA, GLORIA I §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,357.06 |
| and approved disbursements of | $ | 22.83 |
| leaving a balance on hand of[1] | $ | 5,334.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,285.71 | $ 0.00 | $ 1,285.71 |
| Trustee Expenses: Phillip D. Levey | $ 17.81 | $ 0.00 | $ 17.81 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,303.52 |
| Remaining Balance | | $ | 4,030.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,058.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor Gas | $ 835.83 | $ 0.00 | $ 67.30 |
| 000002 | Associates for Dental Care LLC | $ 188.46 | $ 0.00 | $ 15.17 |
| 000003 | Capital One Bank (USA), N.A. | $ 4,358.23 | $ 0.00 | $ 350.93 |
| 000004 | Nelnet on behalf of US Dept of Education | $ 36,475.68 | $ 0.00 | $ 2,937.05 |
| 000005 | CitiFinancial, Inc | $ 7,403.13 | $ 0.00 | $ 596.11 |
| 000006 | Capital One, N.A. | $ 796.70 | $ 0.00 | $ 64.15 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,030.71 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-10772-CAD
Jimmy Rivera                                                             Chapter 7
Gloria I Rivera
      Debtors              **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: mmyers              Page 1 of 3              Date Rcvd: Feb 21, 2013
                             Form ID: pdf006           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2013.
db/jdb       +Jimmy Rivera,    Gloria I Rivera,   9506 Lorel Street,    Skokie, IL 60077-1118
18643460     +Allied Interstate LLC,    PO Box 26190,   Minneapolis, MN 55426-0190
18643461     +American Collections E,    205 S Whiting St Ste 500,    Alexandria, VA 22304-3632
18643462     +Arnold Scott Harris, P.C.,    Attorney at Law,   222 Merchandise Mart Plaza, #1932,
               Chicago, IL 60654-1420
18643463     +Bank Of America, N.A.,    450 American St,   Simi Valley, CA 93065-6285
18891902     +Bank of America, N.A.,    c/o Andrew J. Nelson,    Pierce & Associates, P.C.,
               1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
19366913      Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
18643464     +Capital One, N.A.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18643465     +Cbcs,   Po Box 163250,    Columbus, OH 43216-3250
18643467     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19349749      CitiFinancial, Inc,    P.O. Box 6042,   Sioux Falls, SD 57117-6042
18643468     +Citibank USA,    Citicorp Credit SVCS/Attn Centraliz,    Po Box 20363,    Kansas City, MO 64195-0363
18643469      Citifinancial,   Bsp13a,    Baltimore, MD 21202
18643471     +Crd Prt Asso,    Attn: Bankruptcy,   Po Box 802068,    Dallas, TX 75380-2068
18643474     +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
18643475     +First Data Merchant Services,    PO Box 17548,   Denver, CO 80217-0548
18643476     +Freedman Anselmo Lindberg, LLC,    PO Box 3228,   Naperville, IL 60566-3228
18643479     +Hydroxatone,    PO Box 1366,   Hoboken, NJ 07030-1366
18643480     +Illinois Joint & Bone Institute LLC,    1717 N. Ashland Ave.,    Chicago, IL 60622-1449
18643481     +Illinois Joint & Bone Institute LLC,    5057 Paysphere Circle,    Chicago, IL 60674-0050
18643483     ++LADCO LEASING,    7300 CHAPMAN HIGHWAY,   KNOXVILLE TN 37920-6612
             (address filed with court: Ladco Leasing,    555 St Charles Dr,    Suite 200,
               Thousand Oaks, CA 91360)
18643484     +Linebarger Goggan ET AL,    Attorneys at Law,   PO Box 06152,    Chicago, IL 60606-0152
18643485     +Med Busi Bur,    1460 Renaissance D,   Park Ridge, IL 60068-1349
18643486     +Medical Recovery Specialists, LLC,    2250 E. Devon Ave.,    Suite 352,
               Des Plaines, IL 60018-4519
18643487     +Medicredit Corporation,    1801 California Av,   Corona, CA 92881-7251
18643491     +Northshore University HealthSystem,    23056 Network Place,    Chicago, IL 60673-1230
18643492     +Pinnacle Management Services,    514 Market Loop,   Suite 103,    Dundee, IL 60118-2181
18643493     +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
18643495     +Target Nb,    Po Box 673,   Minneapolis, MN 55440-0673
18643496     +US Dept of Education,    PO Box 5609,   Greenville, TX 75403-5609
18643497     +West Asset,    Attn: Bankruptcy,   2703 North Highway 75,    Sherman, TX 75090-2567
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18643466     +E-mail/Text: contact@csicollects.com Feb 22 2013 02:32:37      Associates for Dental Care LLC,
               c/o Certified Services Inc,   Po Box 177,   Waukegan, IL 60079-0177
19099753      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2013 02:51:40      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,   PO Box 248839,    Oklahoma City, OK  73124-8839
18643470     +E-mail/Text: michael.j.walters@citi.com Feb 22 2013 02:39:17      Citifinancial Services, Inc.,
               7108 West Cermak Rd.,   Suite A,   Berwyn, IL 60402-2121
18643472     +E-mail/Text: electronicbkydocs@nelnet.net Feb 22 2013 02:40:33      Dept Of Education/neln,
               121 S 13th St,   Lincoln, NE 68508-1904
18643473     +E-mail/Text: bknotice@erccollections.com Feb 22 2013 02:40:37      Enhanced Recovery Corp,
               Attention: Client Services,   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18643477     +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2013 02:50:50      Gecrb/walmart,    Po Box 981400,
               El Paso, TX 79998-1400
18643478     +E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 22 2013 02:36:55      Green Tree Servicing LLC,
               Po Box 6172,   Rapid City, SD 57709-6172
18643482     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 22 2013 02:30:49      Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18643488     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2013 02:31:25      Midland Credit Mgmt In,
               8875 Aero Dr,   San Diego, CA 92123-2255
18643489     +E-mail/Text: BK@nationalcreditsolutions.net Feb 22 2013 02:35:29      National Credit Soluti,
               Po Box 15779,   Oklahoma City, OK 73155-5779
19138367     +E-mail/Text: electronicbkydocs@nelnet.net Feb 22 2013 02:40:33
               Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
               3015 South Parker Road Suite 400,   Aurora CO 80014-2904
18643490     +E-mail/Text: bankrup@aglresources.com Feb 22 2013 02:30:22      Nicor Gas,
               Attention: Bankruptcy Department,   Po Box 190,    Aurora, IL 60507-0190
19038956     +E-mail/Text: bankrup@aglresources.com Feb 22 2013 02:30:22      Nicor Gas,    Po box 549,
               Aurora il 60507-0549
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1           User: mmyers              Page 2 of 3              Date Rcvd: Feb 21, 2013
                               Form ID: pdf006           Total Noticed: 44

18643494    ##+Rena Ware Internationa,     8383 158th Ave Ne,    Redmond, WA 98052-3993
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2013**                          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 3 of 3            Date Rcvd: Feb 21, 2013
                              Form ID: pdf006           Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2013 at the address(es) listed below:

           Andrew J Nelson   on behalf of Creditor   Bank of America N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
           Frank G. Cortese   on behalf of Debtor Jimmy  Rivera CorteseLaw@gmail.com
           Frank G. Cortese   on behalf of Joint Debtor Gloria I Rivera CorteseLaw@gmail.com
           Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
           Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
           Yanick  Polycarpe   on behalf of Creditor   Bank of America N.A. ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                             TOTAL: 6