UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
RIVERA, JIMMY § Case No. 12-10772
RIVERA, GLORIA I §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Phillip D. Levey_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate LLC PO Box 26190 Minneapolis, MN 55426 | | | | | |
| | American Collections E 205 S Whiting St Ste 500 Alexandria, VA 22304 | | | | | |
| | Arnold Scott Harris, P.C. Attorney at Law 222 Merchandise Mart Plaza, #1932 Chicago, IL 60654 | | | | | |
| | Capital One, N.A. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Cbcs Po Box 163250 Columbus, OH 43216 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Certified Services Inc Po Box 177 Waukegan, IL 60079 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank USA Citicorp Credit SVCS/Attn Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citifinancial Bsp13a Baltimore, MD 21202 | | | | | |
| | Citifinancial Services, Inc. 7108 West Cermak Rd. Suite A Berwyn, IL 60402 | | | | | |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | First Data Merchant Services PO Box 17548 Denver, CO 80217 | | | | | |
| | Freedman Anselmo Lindberg, LLC PO Box 3228 Naperville, IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hydroxatone PO Box 1366 Hoboken, NJ 07030 | | | | | |
| | Illinois Joint & Bone Institute LLC 1717 N. Ashland Ave. Chicago, IL 60642 | | | | | |
| | Illinois Joint & Bone Institute LLC 5057 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Ladco Leasing 555 St Charles Dr Suite 200 Thousand Oaks, CA 91360 | | | | | |
| | Linebarger Goggan ET AL Attorneys at Law PO Box 06152 Chicago, IL 60606 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Recovery Specialists, LLC 2250 E. Devon Ave. Suite 352 Des Plaines, IL 60018 | | | | | |
| | Medicredit Corporation 1801 California Av Corona, CA 92881 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | National Credit Soluti Po Box 15779 Oklahoma City, OK 73155 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Northshore University HealthSystem 23056 Network Place Chicago, IL 60673 | | | | | |
| | Pinnacle Management Services 514 Market Loop Suite 103 Dundee, IL 60118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Rena Ware Internationa 8383 158th Ave Ne Redmond, WA 98052 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |
| | US Dept of Education PO Box 5609 Greenville, TX 75403 | | | | | |
| | West Asset Attn: Bankruptcy 2703 North Highway 75 Sherman, TX 75090 | | | | | |
| 000002 | ASSOCIATES FOR DENTAL CARE LLC | | | | | |
| 000005 | CITIFINANCIAL, INC | | | | | |
| 000004 | NELNET ON BEHALF OF US DEPT OF EDUC | | | | | |
| 000001 | NICOR GAS | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 12-10772 CAD Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey | |
| Case Name: | RIVERA, JIMMY | Date Filed (f) or Converted (c): | 03/19/12 (f) | |
| | RIVERA, GLORIA I | 341(a) Meeting Date: | 05/11/12 | |
| For Period Ending: | 05/20/13 | Claims Bar Date: | 09/04/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tax Refund<br>    Debtor Claimed Exemption | 11,951.00 | 5,357.00 | | 5,357.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | Unknown |
| 3. Checking Account - North Community Bank | 700.00 | 0.00 | | 0.00 | FA |
| 4. Business Checking - Bank of America | 500.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account With Guillermo Sanchez | 500.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD FURNISHINGS | 800.00 | 800.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 900.00 | 0.00 | | 0.00 | FA |
| 8. Pension | 30,000.00 | 0.00 | | 0.00 | FA |
| 9. Golden Touch Salon(Sole Proprietorship) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. 2011 Tax Refunds | 11,951.00 | 5,357.00 | | 0.00 | FA |
| 11. 2004 Dodge Durango | 5,000.00 | 2,700.00 | | 0.00 | FA |
| 12. 1999 Dodge Avenger | 500.00 | 250.00 | | 0.00 | FA |
| 13. 1999 Chevrolet Cavalier | 500.00 | 250.00 | | 0.00 | FA |
| 14. Personal Injury Claim | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $74,302.00 | $14,714.00 | | $5,357.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-10772 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | RIVERA, JIMMY | Bank Name: | ASSOCIATED BANK |
| | RIVERA, GLORIA I | Account Number / CD #: | *******2994 Checking |
| Taxpayer ID No: | *******3988 | | |
| For Period Ending: | 05/20/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 5,347.63 | | 5,347.63 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.30 | 5,344.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.41 | 5,340.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.29 | 5,337.63 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.40 | 5,334.23 |
| 03/22/13 | 010001 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,285.71 | 4,048.52 |
| 03/22/13 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 17.81 | 4,030.71 |
| 03/22/13 | 010003 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Claim 000001, Payment 8.05188% | 7100-000 | | 67.30 | 3,963.41 |
| 03/22/13 | 010004 | Associates for Dental Care LLC<br>c/o Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079 | Claim 000002, Payment 8.04945% | 7100-000 | | 15.17 | 3,948.24 |
| 03/22/13 | 010005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000003, Payment 8.05212%<br>(3-1) Modified on 7/2/12 to correct<br>creditor's name MM | 7100-900 | | 350.93 | 3,597.31 |
| 03/22/13 | 010006 | Nelnet on behalf of US Dept of Education<br>U.S. Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora CO 80014 | Claim 000004, Payment 8.05208% | 7100-000 | | 2,937.05 | 660.26 |
| 03/22/13 | 010007 | CitiFinancial, Inc<br>P.O. Box 6042 | Claim 000005, Payment 8.05213% | 7100-000 | | 596.11 | 64.15 |
| | | | Page Subtotals | | 5,347.63 | 5,283.48 | |

Ver: 17.02c

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-10772 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | RIVERA, JIMMY | Bank Name: | ASSOCIATED BANK |
| | RIVERA, GLORIA I | Account Number / CD #: | *******2994 Checking |
| Taxpayer ID No: | *******3988 | | |
| For Period Ending: | 05/20/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/13 | 010008 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>Sioux Falls, SD 57117-6042 | Claim 000006, Payment 8.05196%<br>(6-1) CREDIT CARD DEBT | 7100-900 | | 64.15 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,347.63 | 5,347.63    0.00 |
| Less: Bank Transfers/CD's | 5,347.63 | 0.00 |
| Subtotal | 0.00 | 5,347.63 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 5,347.63 |

Page Subtotals     0.00     64.15

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-10772 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | RIVERA, JIMMY | | Bank Name: | BANK OF AMERICA |
| | RIVERA, GLORIA I | | Account Number / CD #: | *******4915 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3988 | | | |
| For Period Ending: | 05/20/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/16/12 | 1 | Jimmy Rivera | Tax Refund | 1124-000 | 5,357.00 | | 5,357.00 |
| 07/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,357.02 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.07 | 5,353.95 |
| 08/30/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,353.99 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 6.36 | 5,347.63 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,347.63 | 0.00 |

|  |  | | |
|---|---|---|---|
| | COLUMN TOTALS | 5,357.06 | 5,357.06 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 5,347.63 | |
| | Subtotal | 5,357.06 | 9.43 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 5,357.06 | 9.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2994 | 0.00 | 5,347.63 | 0.00 |
| Money Market Account (Interest Earn - ********4915 | 5,357.06 | 9.43 | 0.00 |
| | 5,357.06 | 5,357.06 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  5,357.06  5,357.06

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*